ACCEPTED
15-24-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/26/2025 3:58 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00116-CV

**IN THE FIFTEENTH COURT OF APPEALS**
**AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/26/2025 3:58:26 PM
CHRISTOPHER A. PRINE
Clerk

**ARNULFO CORTEZ, JR., HOMERO R. BALDERAS, BRIAN D. NIPPER, MARK F. VAN ROSENDAEL, AND BRYAN K. HUGGHINS**
*Appellants*,

V.

**TEXAS COMMISSION ON LAW ENFORCEMENT, GREGORY STEVENS IN HIS CAPACITY AS THE EXECUTIVE DIRECTOR OF THE TEXAS COMMISSION ON LAW ENFORCEMENT, JOHN BEAUCHAMP IN HIS OFFICIAL CAPACITY AS COUNSEL FOR TEXAS COMMISSION ON LAW ENFORCEMENT AND T.J. VINEYARD, IN HIS OFFICIAL CAPACITY AS MAJOR FOR TEXAS COMMISSION ON LAW ENFORCEMENT**
*Appellees*.

*On Appeal from Cause No. D-1-GN-24-002797 in the 455th Judicial District Court, Travis County, Texas, Hon. Daniella Deseta Lyttle*

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

**HYDE KELLEY LLP**
2806 Flintrock Trace, Suite A104
Austin, Texas 78738
Telephone: (512) 686-0700
Facsimile: (866) 929-1641

GEORGE E. HYDE
Texas Bar No. 45006157
ghyde@txlocalgovlaw.com
MATTHEW L. WESTON
Texas Bar No. 24037698
mweston@txlocalgovlaw.com
Texas State Bar No. 24113617

1

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellants Arnulfo Cortez et al. ("Appellants") respectfully move to extend the time to file the Appellant's Reply Brief ("Reply Brief") pursuant to Tex. R. App. P. 10.5(b). In support of its Motion, Appellants will show the Court as follows:

1. The current deadline for filing the Reply Brief is Tuesday, March 4, 2025.

2. Appellants seek a 14-day extension to file the Reply Brief, moving the deadline to March 18, 2025.

3. Appellants have not previously requested or been granted extension of time to file the Reply Brief.

4. Counsel for Appellants seek this extension due to the following competing due dates and obligations in other pending matters:

   a. *Sanchez v. Medina County and Jonathan Bates Nunmaker*, United States District Court, Western District of Texas, Cause No. 5:25-cv-00109

      i. Answer due February 27, 2025

   b. *Legacy Hutto, LLC v. City of Hutto,* 395th Judicial District, Williamson County, Cause No. 20-0863-C395

      i. Disclosure due Responses February 28, 2025

      ii. Jurisdictional Discovery Responses due March 6, 2025

c. *In Re Shana L. Robinson and Robinson-Barrett Insurance Services, LLC*, Texas Fourth Court of Appeals, Cause No. 04-25-00058-CV

    i. Amended Petition for Writ of Mandamus due Monday March 3, 2025

d. *Roznovak v. Hutto Economic Development Corporation*, Williamson County Court at Law Number 5, Cause No. 24-139-CC5

    i. Amended Motion for Summary Judgment due Monday March 3, 2025

    ii. Hearing on Motion to Quash March 6, 2025

e. *City of Cibolo v. Zunker*, Texas Fourth Court of Appeals, Cause No. 04-25-00114-CV

    i. Docketing Statement due March 3, 2025

5. This extension is not sought for purposes of delay, but so that justice may be done.

## PRAYER

For the foregoing reasons, Appellants request the Court grant the motion to extend time for filing its Appellants' Reply Brief by fourteen days, until March 18, 2025.

Dated: February 26, 2025

Respectfully submitted,

**HYDE KELLEY LLP**
2806 Flintrock Trace, Suite A104
Austin, Texas 78738
Telephone: (512) 686-0700
Facsimile: (866) 929-1641

*/s/ George E. Hyde*
GEORGE E. HYDE
Texas State Bar No. 45006157
ghyde@txlocalgovlaw.com
MATTHEW L. WESTON
Texas State Bar No. 24037698
mweston@txlocalgovlaw.com

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with opposing counsel in this case regarding this motion. Counsel for Appellees is unopposed to this motion.

/s/ George E. Hyde
GEORGE E. HYDE

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on February 26, 2025, a true and correct copy of the forgoing document was served in accordance with the Texas Rules of Appellate Procedure upon the counsel of record in this cause via electronic service and email.

Lauren McGee          Lauren.mcgee@oag.texas.gov

Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3203

**ATTORNEYS FOR APPELLEES**

/s/ George E. Hyde
GEORGE E. HYDE

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lauren Fogerty on behalf of George Hyde
Bar No. 45006157
lfogerty@txlocalgovlaw.com
Envelope ID: 97836448
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Reply Brief
Status as of 2/26/2025 4:02 PM CST

Associated Case Party: TEXAS COMMISSION ON LAW ENFORCEMENT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 2/26/2025 3:58:26 PM | SENT |

Associated Case Party: City of Cibolo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Wilhelm | | vwilhelm@txlocalgovlaw.com | 2/26/2025 3:58:26 PM | SENT |
| Lauren Fogerty | | lfogerty@txlocalgovlaw.com | 2/26/2025 3:58:26 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| George Hyde | 45006157 | ghyde@txlocalgovlaw.com | 2/26/2025 3:58:26 PM | SENT |
| Matthew Weston | 24037698 | mweston@txlocalgovlaw.com | 2/26/2025 3:58:26 PM | SENT |
| Lauren McGee | 24128835 | Lauren.mcgee@oag.texas.gov | 2/26/2025 3:58:26 PM | SENT |